1  Theodore S. Flier, Esq.
   State Bar No.  23734
2  Andrew Reed Flier, Esq.
   State Bar No.  137372
3  FLIER AND FLIER
   15821 Ventura Boulevard, Suite 567
4  Encino, California 91436
   (818) 990-9500
5  Fax: (818) 990-1303

6  Attorney(s) for Defendant
   NATHANAEL GARRARD LINEHAM
7

8              UNITED STATES DISTRICT COURT

9           FOR THE CENTRAL DISTRICT OF CALIFORNIA

10 _____

11 UNITED STATES OF AMERICA,          )    SACR 08-228-AG
                                      )
12          Plaintiff,                )    ORDER GRANTING
                                      )    APPLICATION TO
13      v.                            )    WITHDRAW AS
                                      )     ATTORNEY OF RECORD
14 NATHANAEL GARRARD LINEHAM,         )
                                      )
15          Defendant(s).             )
   _____   )

16

17 GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that attorney Theodore

18 S. Flier is relieved as attorney of record and the Court appoints Craig Wilke of the Federal

19 Indigent Panel to represent the defendant.

20 Dated:  November 6, 2008

21

22 _____

23                      HONORABLE ANDREW J. GUILFORD

24 cc: Randall Schnack, CJA Panel
       Craig Wilke
25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28